IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 JUL 15 P 12: 15
CLERK
S/ DIST. OF GA.

RICHARD L. CARTER        :

VS.                      :        CV590-267

CSX TRANSPORTATION, INC. :

### O R D E R

The judgment of this Court in the above-styled action having been reversed and remanded by the United States Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit is made the Judgment of this Court.

IT IS FURTHER ORDERED that the above styled case be reopened as to Defendant CSX Transporation, Inc. only.

SO ORDERED, this 15 day of July, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA